**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CIVIL MINUTES--GENERAL

Case No.   **2:23-cv-03691-ODW (DTB)**                                   Date: **March 7, 2024**

Title:  **Rodrigo Calderon v. City of Glendale Police Department, et al.**
=================================================================
**DOCKET ENTRY**
=================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANT(S):
           None present                                                                   None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On May 11, 2023, Plaintiff Rodrigo Calderon ("Plaintiff"), proceeding pro se, filed pro se a Civil Rights Complaint against the City of Glendale Police Department, Chief Manuel Cid ("Cid"), Officer Munoz ("Munoz"), and five John Doe defendants alleged to be employed with the City of Glendale Police Department. (Complaint, Dkt. # 1.) On January 19, 2024, the Court issued an Order re Complaint (Dkt. # 11) advising Plaintiff that the Complaint was subject to dismissal. The Court provided Plaintiff with several options regarding how to proceed. On or before February 19, 2024, Plaintiff was to choose one of the options and file the document required by that option. Plaintiff was cautioned that failure to timely file a fully compliant response as directed in the Court's Order re Complaint may result in the dismissal of this action for failure to prosecute and/or failure to comply with a court order. To date, Plaintiff has failed to respond to the Court's Order re Complaint, or otherwise communicate with the Court.

Accordingly, Plaintiff is ordered to show cause, in writing, no later than **March 30, 2024**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the filing of a fully compliance response as directed in the Court's Order re Complaint (Dkt. # 11), a copy of which is attached to this Order to Show Cause. If Plaintiff no longer wishes

to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is warned that a failure to timely respond to this Order to Show Cause will result in a recommendation that this action be dismissed, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

**IT IS SO ORDERED.**