## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **2:23-cv-03691-ODW (DTB)**                               Date: **December 3, 2024**

Title:  **Rodrigo Calderon v. City of Glendale Police Department, et al.**
================================================================
**DOCKET ENTRY**
================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

S. Lorenzo            n/a
Deputy Clerk       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                          None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On September 9, 2024, Defendant Officer Munoz appeared, filing a Motion to Dismiss ("Motion") (Docket No. 27).  Plaintiff was ordered to serve and file his opposition (if any) to the Motion on or before October 8, 2024.  Plaintiff was also advised that pursuant to Local Rule 7-12 - *Failure to File Required Documents* - the Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule.  The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.  As of this date, Plaintiff has failed to serve and file an opposition to the Motion.

Accordingly, Plaintiff is ordered to show cause, in writing, no later than **December 27, 2024**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the filing of an opposition or statement of non-opposition to the Motion.  If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  A notice of dismissal form is attached for Plaintiff's convenience.

      Plaintiff is warned that a failure to timely respond to this Order to Show Cause will result in a recommendation that this action be dismissed, without prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.

      **IT IS SO ORDERED.**