JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| RODRIGO CALDERON, | ) | Case No. 2:23-cv-03691-ODW (DTB) |
| Plaintiff, | ) ) | **J U D G M E N T** |
| v. | ) ) | |
| CITY OF GLENDALE POLICE DEPARTMENT, et al., | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: March 11, 2025 _____        _ _____

OTIS D. WRIGHT, II
United States District Judge

1